UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS CARL RICHARDSON,

Plaintiff,

v.

JAGUAR LAND ROVER NORTH AMERICA LLC

Defendant,

25-cv-05055-NW

**ORDER VACATING ALL DATES AND DIRECTING PARTIES TO FILE DISMISSAL OR STATUS REPORT**

Re: ECF No. 26

On May 12, 2026, the parties filed a Joint Notice of Settlement, advising the Court that the parties have settled. ECF No. 26. The parties anticipate that the settlement conditions will be completed within 90 days and ask the Court to vacate all current deadlines. *Id.* Accordingly, all deadlines are VACATED.

Parties shall file a dismissal or status report by Tuesday, August 11, 2026. The Court sets a compliance hearing regarding dismissal for Tuesday, August 25, 2026, at 10:00 a.m. in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. If the case is not dismissed by the hearing date, the compliance hearing will be converted into an order to show cause why the case should not be dismissed. All parties shall file an objection to the order to show cause in writing by Friday, August 14, 2026. Counsel must appear at the hearing in person; no remote appearances will be permitted.

**IT IS SO ORDERED.**

Dated: June 29, 2026

NOËL WISE
United States District Judge

United States District Court
Northern District of California